UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kristie S. Edinger, Kathy J. Geiser,
Susan J. Metzger, and Millicent Perry

Plaintiffs,

v.

**STIPULATION TO AMEND COMPLAINT** AND ORDER

Pragmatek Consulting Group, Ltd.

Defendant.

Court File No. 01-CV-1479 RHK/SRN

---

It is hereby stipulated by the undersigned on behalf of the parties hereto that the amended complaint in the above-entitled action is amended to reflect the changes contained in the second amended complaint attached as Exhibit A. It is further stipulated by the undersigned that the answers heretofore served on Plaintiffs shall be deemed to be an answer to the second amended complaint. Any new matters alleged in the second amended complaint shall be deemed to be denied unless admitted or otherwise alleged by Defendant hereafter in a subsequent pleading.

Dated: 3/19/02

NICHOLS KASTER & ANDERSON PLLP

James H. Kaster #53946
Steven Andrew Smith #260836
4644 IDS Center
Minneapolis, MN 55402
(612) 338-1919
ATTORNEYS FOR PLAINTIFFS

MAR 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 3-21-02

LINDQUIST & VENNUM P.L.L.P.

Ansis V. Viksnins #196277
Nancy S. Flury #267636
4200 IDS Center
Minneapolis, MN 55402
(612) 371-3211
ATTORNEYS FOR DEFENDANT

**ORDER**

**It is so ordered.**

Date: March 29, 2002

Susan Richard Nelson
Hon. Susan R. Nelson
United States Magistrate Judge