UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KRISTIE S. EDINGER, KATHY J. GEISER, SUSAN J. METZGER, AND MILLICENT PERRY,

Plaintiffs,

v.

PRAGMATEK CONSULTING GROUP, LTD.,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF GEISER** AND ORDER

Court File No. 01-CV-1479 RHK/SRN

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, through their undersigned attorneys, hereby stipulate and agree to the dismissal of the above-captioned matter with prejudice with regard to Plaintiff Kathy J. Geiser. The parties will bear their own costs and fees.

DATED: 7/3, 2002

NICHOLS, KASTER & ANDERSON, PLLP

By: ______________________

James H. Kaster #53946
Steven Andrew Smith #260836
4644 IDS Center
80 South Eighth Street
Minneapolis MN 55402
Telephone: 612-338-1919

ATTORNEYS FOR PLAINTIFF GEISER

**Exhibit B**



JUL 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 10 2002
DEPUTY CLERK

DATED: July 9 , 2002

LINDQUIST & VENNUM P.L.L.P.

By: ______________________________

Ansis V. Viksnins, #196277
4200 IDS Center
80 South Eighth Street
Minneapolis MN 55402
Telephone: (612) 371-3211

ATTORNEYS FOR DEFENDANT

Upon the attached Stipulation,

IT IS HEREBY SO ORDERED.

LET JUDGMENT OF DISMISSAL BE ENTERED ACCORDINGLY.

DATED: 7/10, 2002.

BY THE COURT:

Richard H. Kyle
United States District Court