Cv 01-1479 RHK/SRN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR OCTOBER, 2002 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning October 1, 2002. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By September 11, 2002:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By September 18, 2002:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By September 24, 2002: Responses to the Written Objections.

Dated: July 31, 2002

RICHARD H. KYLE
United States District Judge

FILED JUL 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | United States of America<br><br>vs CV 01-1121 RHK/SRN<br>COURT<br><br>Mayo Foundation For Medical<br>Education and Research<br>et al | Roylene Champeaus<br>612-664-5600<br>Gerald Leedom<br>202-514-6544<br><br>John Windhorst Jr.<br>612-340-2600 |
| 2. | Donatelle Plastics Inc.<br><br>vs CV 01-1429 RHK/AJB<br>JURY<br><br>Stonhard Inc.<br>aka<br>StonCor Group Inc. | William Killion<br>Bradley Johnson<br>Brian MCMahon<br>612-339-8131<br><br>James Lockhart<br>Gerald Powell<br>612-339-8131 |
| 3. | Kristie S. Edinger<br>et al<br><br>vs CV 01-1479 RHK/SRN<br>JURY<br><br>Pragmatek Consulting Group<br>LTD | James Kaster<br>Steven Smith<br>612-338-1919<br><br>Ansis Viksnins<br>Nancy Flury<br>612-371-3211 |

| | | |
|---|---|---|
| **4.** | **The Work Connection** | **Gerald Duffy**<br>**612-339-7131** |
| | **vs CV 01-1670 RHK/AJB**<br>**JURY** | |
| | **SAFECO Insurance Company**<br><br>**et al** | **Lawrence Rocheford**<br>**Stephen Buterin**<br>**651-290-6500**<br><br>**Jon Hopeman**<br>**Eric Riensche**<br>**612-339-6321** |
| **5.** | **Capitol Indemnity Corporation**<br><br>**P.L. (Intervenor)** | **Joseph Nilan**<br>**Craighton Boates**<br>**612-338-0755**<br>**Erik Askegaard**<br>**218-828-4223** |
| | **vs CV 01-2425 RHK/AJB**<br>**COURT** | |
| | **Especially For Children Inc.** | **Jeanne Unger**<br>**612-340-7951** |